# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WASEEM KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>XCERRA CORPORATION, et al.,<br><br>                Defendants. | No. 1:17-cv-12226<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Waseem Khan, by and through his undersigned counsel, voluntarily dismisses the above-captioned case without prejudice. This notice is appropriate under Rule 41(a)(l)(A)(i) as defendants have not filed an answer or a motion for summary judgment, a class was not certified, and plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

DATED: March 9, 2018

BLOCK & LEVITON LLP

/s/ Jason M. Leviton
Jason M. Leviton (BBO # 678331)
Bradley J. Vettraino (BBO # 691834)
155 Federal Street, Suite 400
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020

ROBBINS GELLER RUDMAN & DOWD LLP
Randall J. Baron
David Wissbroecker
Eun Jin Lee
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Tel.: (619) 231-1058
Fax: (619) 231-7423

JOHNSON FISTEL, LLP
Frank J. Johnson
600 West Broadway, Suite 1540
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 255-1856

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Jason M. Leviton, hereby certify that a copy of the foregoing Notice of Voluntary Dismissal, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 9, 2018.

/s/ Jason M. Leviton  
Jason M. Leviton